IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MARK STEVEN BANNISTER; and
LU EDITH BANNISTER                                              PLAINTIFFS

v.                           No. 3:19-cv-217-DPM

VIRGINIA MELTON; CECIL
RUMINER; LEROY RUMINER;
and KARENE RUMINER                                              DEFENDANTS

## JUDGMENT

The complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

19 August 2019